```
Marilyn Raia
James P. Moher
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile:  415.352.2701

Attorneys for Plaintiff AI Marine Associates
of Illinois, Inc.
```

**FILED**

SEP - 9 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AI MARINE ASSOCIATES OF ILLINOIS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> EMERY WORLDWIDE, a CNF COMPANY; MENLO WORLDWIDE FORWARDING, INC.; EMERY WORLDWIDE OCEAN SERVICES (RTM), OCEAN DIVISION, <br><br> Defendants. | Case No.: C 05 01960 MHP <br><br> **NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1) F.R.Civ.P. AND [PROPOSED] ORDER** |

**NOTICE IS HEREBY GIVEN** that pursuant to F.R.Civ.P. 41, plaintiff AI Marine Associates of Illinois, Inc. voluntarily dismisses the above-captioned action without prejudice.

DATED: Sept 7, 2005

BULLIVANT HOUSER BAILEY PC

By _____/s/ Marilyn Raia_____
Marilyn Raia
Attorneys for Plaintiff AI Marine Associates of Illinois, Inc.

**SO ORDERED:**

9/9/05

_____
United States District Judge

6060176.1

- 1 -

NOTICE OF VOLUNTARY DISMISSAL